IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00729-WYD-BNB

CRYSTAL RIVER OIL & GAS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

EXCEL DRILLING TECHNOLOGY, LLC, a Texas limited liability company,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

The parties filed a Stipulated Motion to Dismiss Without Prejudice on July 28, 2006.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed without prejudice.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss Without Prejudice is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated:  July 28, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge